20-08007-TLS

# CERTIFICATE OF SERVICE*

I, Michael T. Eversden (name), certify that service of this summons and a copy of the complaint was made July 10, 2020 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Southern Telecom, Inc.
    c/o Sammy Ayal, CEO
    5601 1st Avenue
    New York, NY 11220

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 10, 2020         Signature /s/Michael T. Eversden

Print Name:        Michael T. Eversden

Business Address:     1601 Dodge Street, Ste. 3700

                           Omaha, NE 68102